FILED'08 JUN 19 09:31USDC-ORM

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **GREGORY ADAMS,** | CV No. 06-698 CL |
| Petitioner, | ORDER DISMISSING HABEAS CORPUS PETITION |
| vs. | WITHOUT PREJUDICE |
| **GUY HALL,** | |
| Respondent. | |

IT IS HEREBY ORDERED that the Petition for a Writ of Habeas Corpus is dismissed without prejudice.

IT IS SO ORDERED this __19__ day of __June__, 2008.

_____
The ~~Honorable Mark D. Clarke~~
United States ~~Magistrate~~ Judge
District

Submitted by:

/s/ Anthony D. Bornstein
Anthony D. Bornstein
Attorney for Petitioner

Page 1   ORDER DISMISSING HABEAS CORPUS PETITION WITHOUT PREJUDICE